

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

Nos. 04-19-00292-CR & 04-19-00293

Gerald Edwin **HODGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR8989 & 2018CR8986
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief in these consolidated appeals was originally due September 3, 2019; however, the court granted an extension of time to file the brief until November 7, 2019. Appellant has filed a motion requesting a further extension of time.

We grant the motion and order appellant's attorney, Dean A. Diachin, to file the brief by **December 2, 2019** (90 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.



_____
MICHAEL A. CRUZ,
Clerk of Court